**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1955

TORINA A. COLLIS,

             Plaintiff - Appellant,

       v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:06-cv-01411-PJM)

Submitted: April 28, 2011          Decided:  May 2, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Torina A. Collis, Appellant Pro Se.   Elena D.  Marcuss,
MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torina A. Collis appeals the district court's order in her civil action granting in part and denying in part her motion to reopen. We have reviewed the record and conclude there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. Collis v. Bank of Am. Nat'l Ass'n, No. 8:06-cv-01411-PJM (D. Md. July 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED